IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>CLOVERLAND DAIRY LIMITED PARTNERSHIP, )<br>T/A CLOVERLAND FARMS DAIRY,  ) | Civil Action No.<br>1:18-cv-02759-GLR |

## AMENDMENT TO CONSENT DECREE

Under the Section 10 of the Consent Decree entered September 18, 2018 in the above-matter, Cloverland Farms Dairy ("Cloverland") is to provide all supervisors and managers and all individuals with human resources responsibilities with at least one hour of live training on the requirements and prohibitions of the ADA on two occasions. The parties informed the Court that the first live training was conducted in December 2018. Because of safety issues relating to the current COVID-19 pandemic, the EEOC and Cloverland have agreed that the second training will not be live but instead will be conducted by computer.

Dated:  October 23, 2020

FOR EEOC:

/s/ (signed with authorization)_____
Debra M. Lawrence (Fed. Bar No. 04312)
Regional Attorney

FOR CLOVERLAND FARMS DAIRY:

/s/ Steven D. Frenkil_____
Steven D. Frenkil, Esq. (Fed. Bar No. 00087)
Miles & Stockbridge
100 Light Street
Baltimore, MD 21202-1036
410-385-3758
sfrenkil@milesstockbridge.com

_____
Maria Salacuse (Bar No. 15562)
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201-2525
Phone: (410) 209-2733
Fax: (410) 962-4270 E-mail:
maria.salacuse@eeoc.gov

**SO ORDERED.**

        **Signed and entered this 27th day of October, 2020.**

                                              /s/
                                  **George L. Russell, III**
                                  **United States District Judge**